# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154420

ROBERT MILLER and DIANE MILLER,
Plaintiffs-Appellees,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN,
Defendant-Appellant.

SC: 154420
COA: 325885
Tuscola CC: 12-027312-CK

_____/

On order of the Court, the application for leave to appeal the August 2, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017

Clerk

s0517